United States District And Bankruptcy Courts For The District Of Columbia

Reuel Jacques Abale Gnalega

2700 Dawson Ave, Silver Spring Md, 20902

Vs

Washington Veterans Medical Center

50 Irving St, NW, Washington DC 20422

Amended Complaint  18-CV-514 (APM)

I suffered an electrocution injury at the hands of michael h pfeiffer in

january of the 2014. I had injured my back after a car accident in july 2013.

I was treated and seen by 3 medical professionals where only my back was

the focus. I had some radiating pain in my leg which is not uncommon at all

for a back injury where a pinched nerve might be involved but it was only

RECEIVED

APR - 2 2018

Clerk, U.S. District and
Bankruptcy Courts

secondary to my back problem as my back injury was the cause of the

radiating pain going down my leg at times.

My treatment culminated with 2 Lumbar cortisone injections in the

lower left side of my back, exactly where the origin of the pain was

emanating from. This is the summary of my medical treatment

before the Washington Veterans' involvment.

I checked myself into the Emergency Room of the Veterans Hospital in DC

after suffering severe back pain from my last Lumbar cortisone injection.

Up to that point there had been no mention of ankle pain at all, not a single

mention. Everything that relates to my ankle came right after the

intervention of michael h pfeiffer, not a single mention before.

I believed the civilian Doctors had failed me especially Pain Management of

Rockville whom I blamed for making my condition worse because of the

tenfold increase in my back pain and being a Veteran, The

Veteran Hospital was the answer. The first time at the VA in the Emergency

room as it relates to my accident, I went because of back pain. My back

muscles had tightened up within 2 weeks of my last Lumbar cortisone

injection. I was given a shot, a muscle relaxer as the doctors themselves

felt the tightness in my back muscles. I was scheduled for a follow up EMG

where my nerves were supposed to be tested for responsiveness. It was in

January 2014. It was during that test that I first and only met michael h

pfeiffer. I had been stationed in Germany and even treated for an entire

month in a german civilian hospital where my left eye was saved, I had

been very impressed at the level of care, Consequently when I met michael

h pfeiffer I couldn't be happier. As soon as the Nerve conduction test

started, I jumped in pain and agony. michael h pfeiffer applied the machine

to my left ankle at the exact area of the current swelling. He said that he

would turn down the machine and again shocked me to so much incredible

pain I almost fell out of the chair. It was then that michael h pfeiffer

decided to interrupt the test and only do the second half of the test which

involved testing the nerves using needles, a technique that resembles

acupuncture. The second part of the test went unhinged. I was in traumatic

pain from where michael h pfeiffer had put the electricity to my ankle.

Unbeknownst to me that I had just been gravely injured. I had not been

warned about what to expect from the test and so when I hobbled out of

that hospital that day, I had no idea what had just transpired even

telling one of my friend later who was scheduled for one not to do it

because it was so painful. michael h pfeiffer seemed upset at me at the fact

that I had been in so much pain during the test, he wouldn't answer me

after the test and he disappeared. I was back in the Emergency room

a few days later because I coudn't feel my left leg, I had completely lost

feeling out of it, I tried to stab my leg to regain feeling in it, it felt as though

I was having a heart attack. It was during that ER visit that I noticed along

with Emergency doctors the bump on my left ankle exactly where

michael h pfeiffer had put the machine during the nerve conduction test.

I remember asking one of the doctors what that was not knowing what to

think thinking this must be a complication from my lumbar cortisone

injection that was manifesting in visible ways. I had then been

been assigned to a physician Dr David Luse. I remember begging Dr

Luse for a deeper look at the bump on my ankle because he had originally

refused saying that it was not anything that he deemed serious.

I begged and he finally gave in and set me up with an ultrasound. The

pictures on the screen during the test were so vivid in how they showed

the contrast my left leg and right leg that I thought the technicians would

call someone to come take a look at what they were seeing but the older

Filipino gentleman mumbled something as it being a nerve problem while

the second gentleman hardly paid me any attention as he uttered that my

treating physician would get in contact with me as he left. Dr Luse again

reiterated his initial assessement saying that the bump did not seem

serious, Dr Luse even sent me a letter in the mail to reassert his feelings

which I still have, in it, Dr Luse Advises me to rest my leg and take some

ibuprofen which I thought odd, thinking at the extent of what I had seen

on the soundscan. He was the doctor he knew better or so I thought.

My whole treatement at the VA had been labored, it felt as if they did not

want me there, Dr Luse would sent me to one specialist then to another

and even though some of findings seem contrary, there was really no

ultimate supervision. Everything was scattered. Should it seem a surprise

to anyone when they finally decide to get rid of me ? It doesn't make any

sense, I was in pain, The MRI's showed that I had injuries under the skin.

edema even, Was that done on purpose or was it just pure unaldulterated

negligence?

I am still asking myself. Was it done on purpose that I never received a

 diagnosis while at the VA in over 2 years of treatment there when I was

diagnosed in under an hour with Complex Regional Pain Syndrome at Pain

Management of Rockville?

Was it random that I was still push out of the VA hospital even though I

begged them not to? how do you decide to stop seeing a patient whom

you know to be in pain? how do you choose to release a patient that has

edema, torn ligaments (all in MRI results) to his own care with no alternate

consideration? michael h pfeiffer is alledged not to have the proper credentials, who knew of the allegations against him inside the VA? and was my ouster and release from the VA hospital in response to the allegations against him? Was my release contingent to that factors? The facts of my case can lead to legitimate speculation I have been to the ER a few times since. In the Denial letter, The VA claims that they did not or at least michael h pfeiffer did not deviate from proper protocol but one thing that they conveniently omit is, what is the true status of michael h pfeiffer? the government does not address the allegations against him. Is he a licensed practionner in the field that he is in? We can't jump the gun, we have to start at the genesis. Everything has a beginning and an end so does this case. How can there be expected to be any protocol followed when the action is initially flawed?

What about all this paperwork that I have presented the government with

allegations about michael h pfeiffer? That's where we need to start,

anything other than that is a diversion tactic. I have an electrocution injury

which is an emergency so I would please ask the government to treat this

case with all the seriousness it deserves because my life is at stake. The

government in its denial is totally without argument, how can you expect

an unlicensed person to follow a certain specific protocol is beyond

incomprehensible! The government is taking such an attitude of bad faith

is unfairly prolonging my pain and agony. In my second complaint I stress

the fact that my family and I' safety could be in jeopardy given the specifics

allegations about michael h pfeiffer and his alleged connections inside the

VA, my demands are in line with the nature of the threat that I perceive.

While I believe that I could manage with 5$ millions for my ensuing

and pain and suffering and anything else that may be related to this injury,

I am asking for damages in the amount of 375$ for emotional anguish and

anxiety caused by this situation, I am also taking into account security

costs. I believe and I hope the court agrees, that for security to be

effective, it needs to be anticipatory. It is primordial in fact. I can't wait

for something to happen to us ( myself and my family ) before I can

validate my fears because by then It could be too late. The potential price to pay
is too great. It is the same line of thinking that allows the courts and court
personel an extra layer of security, exactly because the nature of their work and
the anticipatory premise that they would be more exposed to retaliation than
let's say a grocery clerk. I am making this illustration to say that had the veterans
affairs not broken federal rule in its hiring and retention I would not be facing the
prospect of retalitation from someone that has shown extensively that he has no
care for the rule of law and that may have support In ways that I don't quite grasp
which is not made to alleviatemy concerns. I am asking the court for an
investigation and possible prosecution of michael h pfeiffer, I am asking the court
for relief for injuries, pain and suffering, emotional anguish and for security
related

concerns. I have taken legal action against a very dangerous individual

due to the VA's negligence. I am forever marked by this fact, in any location

situation, I stand the potential of the wrath of michael h pfeiffer. Had it not

been for the government extreme recklessness I would not be in this

quagmire. My case is made in details and is very specific to a very specific

situation. The government lawyer before this suit seemed to downplay the

threat, may be because she is not the one at the end of the barrel of the

gun. I was in the Emergency Room a few weeks ago and I asked to speak

a psychologist, I told her my predicament, she asked me to have " a safety

plan in place ". I would have rather she laughed my concerns off and called

me crazy. That would have made me feel better. I am asking the Judge, The

Attorney general and the government lawyer to put themselves in my

shoes.  I don't want to be in this predicament even though I have to be

lucid about its potential threat and security implications. Michael h pfeiffer

electrocuted my ankle, edema and the specifics of my injuries make it just

that, very specific that can only attributed to a few happenings. The

government lawyer had called me in mid december when I notified her of

my intent to file, she asked me to wait 2 months which I did, only to come

back and tell me that she didn't know how much longer I would have to

wait, the government has been unduly postponing this case when I feel my

health and my safety are at stake. My life is at stake.

The government has argued that I am out of time since my injury

happened in january 2014 but they fail to understand nor mention such a

thing as discovery. Is that really a line of defense when more serious

considerations are at stake? for instance how many more Veterans stand

to get injured at the hands of this unqualified individual? The Veterans

hospital for over 2 years conspired to not take my concerns into account

and when I forced them to, they chose to look in another direction.

Electrical injuries do happen under the skin on occasion when the skin

doesn't offer any resistance to the electricity. The damage is always greater

to part that show resistance to the electrical current such as fat and

muscles with low voltage electrocution such  as  in my case and as the

MRI's in my medical records confirmed. The edema that is mentioned is an

occurence that is very specific to electrical injury that cannot be hidden.

Why is it that the visible bump on my ankle is not on my toe nor is it on my

calf, nor shins, nor thigh? why is that the injury is only at the exact

locaction where michael h pfeiffer himself mentions that he put the

machine? I am for my life on 2 fronts here, there is a high morbidity rate

for serious electrical injuries left untreated. I have no way to know if and

how and when michael h pfeiffer chooses to retaliate against me.

With everything that we know about michael h pfeiffer and the allegations

pending against him, it brings one question to mind, is the Veterans Affairs

a credible interlocutor? can it be trusted when it says that their

investigation did not reveal anything amiss?

Your honor, I am asking for an investigation into michael h pfeiffer not just

for the sake of me but for all Veterans.

Your honor, I am asking for relief in the amount of 380$ millions dollars for

injury, pain and suffering, for reckless endangerment, for extreme

negligence and carelessness and for my safety that may be in jeopardy

solely because the VA broke and refuse to follow federal hiring and

retention guidelines. Thank you.

Sincerely yours,


Reuel Jacques Abale Gnalega

301 437 5272


2700 Dawson Ave, Silver Spring, Maryland 20902

Plea For addendum.

Your Honor I am please asking you to please take into account new

information about my case. Upon making my initial discovery of my injury

at the hands of michael h pfeiffer in may of 2017, I filed 2 complaints with

the Veterans Affairs a few weeks apart as I did not have all of the

information available at the same time, I knew michael h pfeiffer had

injured me by then but I didn't know the extent of what I was facing, upon

getting more disturbing information over the course of the following few

weeks including but not limited to, a recording of michael h pfeiffer's ex

wife, Dr King. In my recent denial letter which I anticipated, the Veterans

Affairs estimates that both complaints amount to the same case. I am

please asking your honor to oblige to the government's assessment in

combining both complaints as they are directly related to each other and

had I had all of the information available to me when I filed the first

complaint I would have filed both complaints into one as the Veterans

Affairs so rightly puts it. your honor these are all the facts of my case. I am

grateful for your understanding.

Thank you.

Sincerely yours,

Reuel Jacques Abale Gnalega



**VA** | U.S. Department of Veterans Affairs
Office of General Counsel

Torts Law Group
3900 Loch Raven Blvd.
Building 4
Baltimore, MD 21218

Telephone: (410) 605-7603
Fax: (410) 605-7699

In Reply Refer To: GCL #343426

Via Certified Mail

March 5, 2018

**THE VA REJECTS MY CLAIMS, SAYING THAT BOTH CLAIMS ARE THE SAME, REASON FOR THE ADDENDUM**

Reuel Gnalega
2700 Dawson Avenue
Silver Spring, MD 20902

Re:    Administrative Tort Claim

Dear Mr. Gnalega:

The Department of Veterans Affairs (VA) has thoroughly investigated the facts and circumstances surrounding your administrative tort claim received by VA on May 31, 2017, alleged that in 2014 you underwent an EMG which burned your ankle. You filed this same claim on July 18, 2017. Our adjudication of your claim included a review of your medical records, a review of your claim by a medical reviewer in a different part of the country, and interviews of medical personnel.

The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. Medical negligence means there was a breach in the standard of care and that breach proximately caused an injury. The standard of care is the level at which similarly qualified medical professionals would have managed the care under the same or similar circumstances.

Our review concluded was no negligent or wrongful act on the part of an employee of the Department of Veterans Affairs (VA) acting within the scope of employment that caused you compensable harm. Your alleged harm occurred in 2014 but your claim was not filed until May 31, 2017. A tort claim is barred unless it is presented with two (2) years after the claim accrues, as provided in section 2401(b), title 28, United States Code (U.S.C.). Accordingly, we deny your claim.

If you are dissatisfied with the denial of your claim, you may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or law suit. VA attorneys handling FTCA claims work for the

Federal government, and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Kristen Nelson*

Kristen Nelson
Deputy Chief Counsel



**VA** | U.S. Department of Veterans Affairs
Office of General Counsel

Torts Law Group
4800 Memorial Dr., Bldg. 92
Waco, TX 76711

Telephone: (254) 297-5300
Fax: (254) 297-3966

In Reply Refer To: GCI 343426

March 19, 2018

Reuel Gnalega
2700 Dawson Avenue
Silver Spring, MD 20902

Re:     Administrative tort claim

Dear Mr. Gnalega:

Our letter to you dated March 5, 2018, was returned to us by the U.S. Postal Service
due to an error we made in your address.

We are enclosing the original letter that was sent to you. We apologize for any inconvenience this may
have caused.

Thank you.

Sincerely,

ANNIE L. KING
Legal Assistant

Enclosure

*I DID NOT INJURE MY ANKLE IN MY*

*CAR ACCIDENT.  HERE IS THE PROOF*

09/16/2013  19:02          STAPLES        43          PAGE 04

**PATIENT NAME:** Reuel Jaques A. Gnalega
**DATE OF BIRTH:** 7/10/1977
**DATE OF INJURY:** 7/22/2013
**DATE OF SERVICE:** 7/24/2013

There was tenderness to digital palpation and muscle tension on both shoulders. There was muscle hypertonicity present on both shoulders. Digital palpation for trigger points was positive in the shoulders. Multiple active trigger points are stimulated with moderate digital pressure to the shoulder muscles and are associated with consistent referred pain. Trigger points are located on posterior trapezial tenderness.

## RANGE OF MOTION

* **Cervical Spine:** Ranges of motion were reduced in all ranges with pain. Cervical Flexion is 30/50. Cervical Extension is 30/60. Cervical Lateral Right is 30/45. Cervical Lateral Left is 30/45. Cervical Rotation Right is 30/80. Cervical Rotation Left is 30/80.

* **Thoracic Spine:** Ranges of motion were within normal limits with pain.

* **Lumbar Spine:** Ranges of motion were within normal limits with pain.

* **Shoulders:** Ranges of motion were within normal limits for both shoulders.

## MANUAL MUSCLE TESTING

Grade 5 is normal, grade 4 is good, grade 3 is fair, grade 2 is poor, grade 1 is trace, and grade 0 is zero.

*UPPER EXTREMITIES:*
Muscles of the upper extremities were found to be normal.

*LOWER EXTREMITIES:*
Muscles of the lower extremities were found to be normal.

*→ FIRST EVER MEDICAL EVALUATION AFTER CAR ACCIDENT*

## ORTHOPEDIC SIGNS

*LUMBAR TESTS:*

**Bechterew's Sitting Test:** Bechterew's Test (seated straight-leg raising) was negative on both sides. A positive sign of low back pain during seated leg extension may suggest lumbosacral injury.

**Straight Leg Raising Test:** Negative on both sides. Positive sign is leg pain when the leg is lifted, possibly indicating sciatic neuralgia. The Doctor lifts the affected leg to the point of pain; patient flexes the head.

*SHOULDER TESTS:*

**Speed's Test:** Increased pain in the bicipital groove on the arms may indicate bicipital tendinitis. Negative on both arms. The patient has the arm of the affected side in anatomical position, elbow extended and supinated. The Doctor resists active flexion of the arm by the patient.

**Supraspinatus Press Test:** Negative on both arms. Positive sign is weakness or pain to perform this test on the arms. May indicate rotator cuff/supraspinatus tear.

3



Stuart W. Hough, MD     Ramani Peruvemba, MD
Jeffrey Gambel, MD      Lisa Janssen, CRNP
Lananh Phan, CRNP

# PAIN MANAGEMENT SPECIALISTS

| | | |
|---|---|---|
| *Patient Name* | Gnalega, Reuel Jacques A | |
| *Gender* | Male | |
| *Provider* | STUART W HOUGHMD | |
| *Referral Provider* | Suja Thomas | |

| | | |
|---|---|---|
| *Patient DOB* | 07/10/1977 | |
| *Appointment Date* | 11/20/2013 | 08:20 AM |
| *Type of Visit* | follow up | |

**Problem List:**

| Date | Problem | Details | Status | Comments | ICD | Modified Date |
|---|---|---|---|---|---|---|
| | Spinal Stenosis-Lumbar | | | | 724.02 | |
| | Lumbosacral or Thoracic Pain Nos | | | | 724.4 | |
| | CHRONIC PAIN DUE TO TRAUMA | | | | 338.21 | |
| | LUMBAGO | | | | 724.2 | |
| | LUMBOSACRAL SPONDYLOSIS | | | | 721.3 | |

**Chief Complaint:** Left leg pain

**History of Present Illness:** Mr. Gnalega was involved in a motor vehicle accident on July 22, 2013 and subsequently developed significant lower back and left leg pain. The pain extends from the left low back to the groin and leg, as far as the foot. The leg "goes to sleep." He has had no incontinence or hesitancy, but reports one episode of hematuria and frequency/urgency. There is no swelling, coolness or discoloration in the foot or leg. The leg feels stiff and heavy. The pain is increased with ambulation and he's using a cane. Pain intensity ranges from 3-9/10, and is described as aching, dull, electric, radiating, stabbing, burning, shooting, pulling cramping and stinging. He did not have more than a few days of relief from an L5-S1 transforaminal or a subsequent interlaminar epidural injection. He did not improve with 8 weeks of physical therapy.

**Pain:** Intensity: Average3/10;Worst Pain8/10;Best Pain2/10;Acceptable Level1

**Procedures:**

| Date | Procedures | Procedure Type |
|---|---|---|
| 10/14/2013 | Lumbar transforaminal epidural steroid injection with fluoroscpic guidance. | |
| 10/14/2013 | Lumbar transforaminal epidural steroid injection with fluoroscpic guidance. | |

*This is NOT LONG BEFORE THE VA (NO*

**History of Radiological Studies:**

| Date | Radiology | Result |
|---|---|---|
| 9/26/2013 | LSpine MRI | Mild bilateral foraminal stenosis secondary to facet joint hypertrophy at L4-5, and L5-S1 |

*SWELLING )*

**Current Medications:**

| Prescribed Date | Formulation | Number | SIG | Refills | Notes |
|---|---|---|---|---|---|
| 11/04/2013 | Benadryl 25 mg tablet | 1 Tablet | 1 tablet by mouth as directed as needed (PRN) | 0 | |
| 11/04/2013 | tramadol 50 mg tablet | 60 Tablet | 1 tablet by mouth four times a day as | 1 | |

*LAST MEDICAL PROVIDER BEFORE THE VA HOSPITAL*

PATIENT NAME: Reuel Jaques A. Gnalega
DATE OF BIRTH: 7/10/1977
DATE OF INJURY: 7/22/2013
DATE OF SERVICE: 7/24/2013

This symptom came on gradually. It has not changed since it started. The intensity of this complaint is slight; meaning it interferes with activity. The frequency of this complaint is occasional, or occurs 25% to 50% of the time. On a scale from 0 to 10, with 10 being the highest possible level of pain, patient graded the pain as 4. Patient describes the feeling associated with this complaint as aching. Located on the left side. Aggravated by twisting left and lifting. Relieved by cold, resting, and lying down.

## PAST MEDICAL HISTORY
• .None.

## PAST FAMILY HISTORY
• .None.

## PAST SURGICAL HISTORY
• .Other.

## ALLERGIES
• NKDA.

## CURRENT MEDICATIONS
• .None.

## SOCIAL HISTORY
Mr. Gnalega is married and has one child. He reports the use of tobacco.

## REVIEW OF SYSTEMS
General, Heent, skin, gastro-intestinal, genito-urinary, musculo-skeletal, neurological, hematologic, oncologic systems are non-contributory.

## PHYSICAL EXAMINATION

General/Constitutional: Mr. Gnalega is 36 years old.

H.E.E.N.T.: Normocephalic, atraumatic, pupils equal, round, reactive to light and accommodation, with no nystagmus present on examination.

## MUSCULOSKELETAL EXAMINATION

*SPINE:*
There was tenderness to digital palpation and muscle tension on both sides of the spine. There was muscle hypertonicity present on both sides of the spine. Digital palpation for trigger points was positive in the spine. Multiple active trigger points are stimulated with moderate digital pressure to the muscles in the spine area and are associated with consistent referred pain. Trigger points are located on cervical, thoracic and lumbo-sacral paraspinous muscle tenderness and spasm.

*SHOULDERS:*

2

# Progress Notes

Longitudinal split tear of the peroneus brevis tendon. The
calcaneofibular ligament appears somewhat irregular likely the
result of prior injury. Thinning and irregularity of the anterior
posterior talofibular ligament compatible with partial thickness
tear.

Assessment:
1. Peroneal tear/tendinitis.
2. Lumbar spondylosis with radiculopathy.

Plan:
I do not believe that the abnormality seen within his peroneal tendon explains
his entire leg pain.  I believe his problem is likely related to his lumbar
spondylopathy, and i am not convinced that any operation on his peroneal tendon
will fix his global pain.
He appears fixated on the muscle thickening seen on a recent ultrasound.  I have
referred him to rheumatology for evaluation for his muscle thickening to see if
a biopsy is warranted to rule out myopathy.

/es/ SHELTON A. MCKENZIE
ATTENDING PHYSICIAN
Signed: 11/12/2015 10:38

*your honor, I fought to have the VA take my injury seriously.*

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GNALEGA,REUEL J
3219 75TH AVE
APT 303
LANDOVER MD.
LANDOVER, MARYLAND  20785

VISTA Electronic Medical Documentation
Printed at WASHINGTON

*THIS IS WHOM THE VA BELIEVES FOLLOWED PROTOCOL*

7/17/2017                    IMPERSONATING A DOCTOR AT THE V.A. HOSPITAL - Michael Herbert Pfeiffer has be...

*THE VA KNOWS ABOUT MICHAEL H PFEIFFER*

began the study in 1932. Investigators enrolled in the study a total of 600 impoverished sharecroppers from Macon County, Alabama. For participating in the study, the men were given free medical care, meals, and free burial insurance. They were never told they had syphilis, nor were they ever treated for it. According to the Centers for Disease Control, the men were told they were being treated for "bad blood", a local term for various illnesses that include syphilis, anemia, and fatigue This lasted 40 years, and they are at it again! Let's end this right this time!

*RECEIVED JUL 15 2017 BY*

**Pfeiffer is accused of sexually molesting his 10-year-old daughter and possibly allowing Washington officials to have sex with her in order to remain a doctor at the V.A. Hospital. In addition, the child has a potentially fatal disease that her mother alleges is not being treated. She has expert testimony to attest to her claims.** The child's mother plans to be a guest on the "Assistance to the Incarcerated Mentally Ill" show on December 11, 2013, on Blogtalkradio at 9pm Pacific Time

http://www.blogtalkradio.com/nnia1 ~Call-in n
abuse and neglect have been responsible for n
later life.

*I AM AFRAID FOR MY LIFE*

Seven hundred veterans were exposed to HIV            re reused in V.A. hospitals in 2012.  Inappropriate medical safety in Atlanta which caused death                                  cal investigation in 2013. I was told that vets can                            who malpractice. However, there should be some                               erly suffer harm because they are treated by medi                           U.S. trained and licensed but are allowed to practic officials their little daughters to use for sex.

PETITION TO REMOVE PFEIFFER FROM THE V.A.
http://www.change.org/petitions/pres-obama-eric-holder-charles-timothy-chuck-hagel-eric-k-shinseki-arrest-and-prosecute-michael-pfeiffer?
share_id=hlwEDNNyFQ&utm_source=share_petition&utm_medium=email&utm_campaign=petition_invitation

Dr. Michael Pfeiffer
http://www.drmichaelpfeiffer.com

*THE VA KNEW ABOUT MICHAEL H PFEIFFER*

Trust Me; I'm a Doctor
http://trustme-ima-doctor.com

REGARDING CHILD ABUSE AND NEGLECT ALLEGATIONS:
http://youtu.be/fgZYCA4qCL8

See the website: http://www.ariana-leilani.com/

THE VETERANS AFFAIRS IS DEFENDING THIS GENTLEMAN WHILE MY LIFE HANGS IN THE BALANCE

This is the Tuskegee syphilis experiment all over again where an infamous clinical study conducted between 1932 and 1972 by the U.S. Public Health Service to study the natural progression of untreated syphilis in rural African American men who thought they were receiving free health care from the U.S. Government.The Public Health Service, working with the Tuskegee Institute, began the study in 1932. Investigators enrolled in the study a total of 600 impoverished sharecroppers from Macon County, Alabama. For participating in the study, the men were given free medical care, meals, and free burial insurance. They were never told they had syphilis, nor were they ever treated for it. According to the Centers for Disease Control, the men were told they were being treated for "bad blood", a local term for various illnesses that include syphilis, anemia, and fatigue This lasted 40 years, and they are at it again! Let's end this right this time!

**Pfeiffer is accused of sexually molesting his 10-year-old daughter and possibly allowing Washington officials to have sex with her in order to remain a doctor at the V.A. Hospital. In addition, the child has a potentially fatal disease that her mother alleges is not being treated. She has expert testimony to attest to her claims.** The child's mother plans to be a guest on the "Assistance to the Incarcerated Mentally Ill" show on December 11, 2013, on Blogtalkradio at 9pm Pacific Time http://www.blogtalkradio.com/nnia1 ~Call-in number is (818)572.2947. Child abuse and neglect have been responsible for mental illness among victims in later life.

Seven hundred veterans were exposed to HIV and hepatitis when needles were reused in V.A. hospitals in 2012.  Inappropriate attention to our veterans' medical safety in Atlanta which caused deaths prompted a senatorial investigation in 2013. I was told that vets cannot sue V.A. hospitals for medical malpractice. However, there should be some  #legal   recourse for veterans who suffer harm because they are treated by medical personnel who are not properly trained and licensed but are allowed to practice medicine because they give U.S. officials their little daughters to use for sex.

PETITION TO REMOVE PFEIFFER FROM THE V.A. http://www.change.org/petitions/pres-obama-eric-holder-charles-timothy-chuck-hagel-eric-k-shinseki-arrest-and-prosecute-michael-pfeiffer?share_id=hlwEDNNyFQ&utm_source=share_petition&utm_medium=email&utm_campaign=petition_invitation

Dr. Michael Pfeiffer
http://www.drmichaelpfeiffer.com

Trust Me; I'm a Doctor

*ATTEMPTS WERE MADE TO LET THE*
*VA KNOW ABOUT MICHAEL H PFEIFFER*

**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington, DC 20422

*BUT SOMEHOW, HE STILL REMAINS.*

June 3, 2010   *THIS IS INCREDIBLE.*

Mr. Roy Morris, Esq.
PO Box 100212
Arlington, VA 22210

Dear Mr. Morris:

This letter is in response to your Freedom of Information Act (FOIA) request dated February 12 2010 , received in my office on April 1 and referred to as 10-05012-F. You requested the following records from the Veterans Administration concerning the physician/researcher Dr. Michael H. Pfeiffer who was recently hired at the neurological clinic at the Veterans Administration Hospital in Washington DC:

1. The application of Dr. Michael H. Pfeiffer for employment at the VA Hospital,
2. Any records regarding the hiring of Dr. Michael H. Pfeiffer's at the VA Hospital,
3. Records relating to Dr. Michael H. Pfeiffer's position, hire, date, compensation, grade, and responsibilities at the VA Hospital,
4. Records relating to Dr. Michael H. Pfeiffer's qualifications to practice as a physician at the VA Hospital, including but not limited to his medical school transcripts,
5. Records evidencing any medical license held by Dr. Michael H. Pfeiffer,
6. Records relating to any of the pending complaints filed against Dr. Michael H. Pfeiffer at the DC Board of Medicine and/or the Virginia Board of Medicine,
7. Records describing any studies ,experiments, clinical trials, or other research activities in which Dr. Michael H. Pfeiffer is or plans to be involved,
8. Any engagements or contracts that Dr. Michael H. Pfeiffer might have with other government agencies, including but not limited to any intelligence agencies.

We have enclosed a copy of the requested records for items 2-4. Items 5-6 are of public record and can be viewed at the following websites:
http://dhp.virginia.gov/medicine/   http://www.docboard.org/docfinder.html
We have no information regarding items 7-8.

# STATEMENT OF 2nd COMPLAINT

Complaint of Negligent Hiring, Entrustment and Retention

My life is in danger. I was injured by michael pfeiffer in january of 2014. I have dropped off my complaint for the injuries sustained at the hand of michael pfeiffer on June 1st, 2017 and have since lived in sheer terror of retaliation from those involved into the child abuse ring that I stumbled unto. My life and that of my family is in danger. I am going through unbelievable mental anguish at the thought of someone coming after me given the serious and outrageous nature of the allegations against michael pfeiffer and officials inside the VA who seem to operate in total impunity. I was handicapped at the hands of michael pfeiffer and it truly frightens me not being able to fend off or defend myself nor my family. This is a direct result of the VA's actions or lack of. The VA hospital was made aware about michael pfeiffer' status or lack of and still the VA took no actions and is allowing michael pfeiffer to continue in his capacity as a medical doctor. My life and my safety are at stake all because of the VA's actions. I am living in perpetual terror since June the 1st 2017, the day that I dropped off my complaint against michael pfeiffer. I did nothing wrong, I was just reporting my injuries at the hands of michael pfeiffer. How do I go from that to fearing for my life? This is an unacceptable trade off. I have included a link by michael pfeiffer's ex wife radio intervention, It is a radio broadcast and it substanciates my current frame of mind. The VA had ample information on michael pfeiffer or should have known about his status ( a petition was even started to bring michael pfeiffer's fraudulent actions to light ). The VA decided against investigating michael pfeiffer and taking the appropriate actions in reviewing his credentials. The VA negligently jeopardized the health of veterans in such a brazzen manner that It can only give credibility to the words of michael pfeiffer's ex wife. I have walked into a situation that I had no control nor part in whatsoever. The VA is directly responsible for the dire situations that I am now facing. The VA has compromised my safety and I believe my life is in danger. who's to say what to expect from people that commit child abuse and pedophilia? I have never come across such vile people in my life if not for the VA's actions I still would never come into contact with such abominable behavior. This situation that I now find myself was sadly enabled by the VA. We live in a society that's governed by the rule of law, without it, our entire civilization collapses. The VA has gone above and beyond to rewrite societal's rules. The VA has gone time and time again and so in total illegality after those that were brave enough to point out certain malfunctions inside of it.  These brave souls instead are being hunted down by the VA. This state of affairs is so egregious that  the president of the United States had to take additional executive actions to protect those that point out wrongdoing inside the VA. The problems inside the VA are very real and so are its repercussions on me, these issues are vivid because I have become involved in it to my utter dismay. The president's recent executive order protecting whistleblowers inside the VA emphasizes the culture of impunity and retaliation that resides inside the VA. The members of our armed forces and veteran community are our most prized citizens, we represent those willing to make the ultimate sacrifice for our country. We face terror overseas and should not have to come back home and live in terror here too. How would you feel if you were me knowing what I know? would you feel safe? I don't . I was just reporting an injury at the hands of michael pfeiffer, how could I have known that I was walking into a trap that was enabled by the VA? This is a total failure for the Veteran admnistration to implement its own rules and regulations. I fear for my  safety and that of my family, I have a 5 year old son. Was I wrong to faithfully report what happened to me at the hand of michael pfeiffer? Are these allegations against michael pfeiffer something to be taken as normal? How often does anyone who files for medical malpractice run into a criminal enterprise instigated by the government out of all people? Was there a medical experiment done on me? Why would such an abomination still be allowed to continue unabatted?  The allegations and subsequent inaction by the VA corroborates my fears. My family and I' s life are in danger. Child molesters and pedophiles have no scruples and I would be careless not to be worried in this situation. I have attached a link to michael  pfeiffer's ex wife radio interview as my primary evidence. I am asking for damages in the amount of three hundred and seventy five million dollars. (375 millions $)

Reuel Jacques Abale Gnalega

SSN# 212 45 7033

2700 DAWSON AVE,
WHEATON  MD  20902

PLEASE  LISTEN  TO
" PRIMARY  EVIDENCE "

PLEASE

MY SECOND COMPLAINT WITH THE VA

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | REUEL-JACQUES ABALE GUMEGA |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07/10/1977 | MARRIED | June 1st, 2017 | 10 AM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

COMPLAINT FOR NEGLIGENT HIRING, ENTRUSTMENT AND RETENTION. MICHAEL PFEIFFER IS NOT A MEDICAL DR AND YET THE VA KNOWINGLY KEPT HIM IN HIS POSITION. I AM AFRAID FOR MY LIFE AND THAT OF MY FAMILY BECAUSE OF THE NATURE OF THE ALLEGATIONS AGAINST MICHAEL PFEIFFER

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

EXTREME EMOTIONAL DISTRESS AND ANGUISH. MY LIFE IS IN DANGER

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| VA SECRETARY DAVID SHULKIN COL LAWRENCE CONNELL ARIANA LEILANI KING PFEIFFER DR KING, michael Pfeiffer's EX-WIFE | DEPT OF VETERANS AFFAIRS DC VA HOSPITAL |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY EMOTIONAL DISTRESS AND ANGUISH | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) 375 000 000 $ |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 301 437 5272 | JULY 18, 2017 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

*(handwritten across top of page)* THIS IS HOW GOVERNMENT THE VA
IS EXPECTING TO FOLLOW PROTOCOL

7/17/2017    IMPERSONATING A DOCTOR AT THE V.A. HOSPITAL - Michael Herbert Pfeiffer has be...

 **MaryLovesJustice Neal** ⟩ Public

Dec 11, 2013

*(stamp)* RECEIVED JUL 1 5 2017 BY:

**IMPERSONATING A DOCTOR AT THE V.A. HOSPITAL**
has been accused of practicing medicine on United S
medical training or a medical license. The following ir
Mary Neal:

*(handwritten)* VA WAS MADE AWARE BEFORE PFEIFFER INJURED ME

Pfeiffer has ONLY completed a research degree (PhD
concentration on Human Experimental Drug Researc
a Scientist and Researcher. He is not a physician. **Cu**
**a "physician" for the United States Department of Ve**
**DC Veterans Affairs Hospital in the War and other R**
**Department. He is a human experimental drug rese**
**"physician."**

Michael H. Pfeiffer's self reported Virginia Medical E
states truthfully that his specialty is "Neurophysiology." The Washington DC
Medical Board for medical licensing shows Mr. Pfeiffer was not awarded a
license in Washington DC because he failed to provide acceptable medical
school and medical experience documentation so he was not given a DC
medical License. Yet, he worked illegally as a "physician" in Neurology at
Georgetown University Medical Center.

The DC Board of Medicine documents that Michael H Pfeiffer practiced
"medicine" without a medical License after he failed to provide medical school
transcripts for his alleged German medical school training and subsequent
licensing in Germany. This prevented him from obtaining a medical license in
Washington DC after he applied in June 2007, and he then withdrew the
application in 2008 when he became the subject of complaints before the DC
Medical Board.

Before he withdrew his application from the DC Board of Medicine, Mr. Pfeiffer
applied to the Virginia Medical Board.  A Virginia medical licensing board
investigator said he was led to believe Mr. Pfeiffer had received a license to
practice medicine in Washington, DC. The Virginia Medical Licensing Board
granted a medical license believing that Mr. Pfeiffer had the first license from
Washington, DC Medical Board, which would have done "due diligence" to
confirm that he was registered and completed a medical education in Germany.

This is the Tuskegee syphilis experiment all over again where an infamous
clinical study conducted between 1932 and 1972 by the U.S. Public Health
Service to study the natural progression of untreated syphilis in rural African

Final-Recipient: rfc822; noreply@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. Learn more at
https://support.google.com/mail/answer/7720
　[whitehouse.gov 2600:1407:9:38e::2add: timed out]
　[whitehouse.gov 2600:1407:9:39a::2add: timed out]
　[whitehouse.gov 104.88.88.81: timed out]
Last-Attempt-Date: Fri, 16 Mar 2018 08:38:27 -0700 (PDT)
Will-Retry-Until: Sat, 17 Mar 2018 07:31:54 -0700 (PDT)


---------- Forwarded message ----------
From: Reuel Gnalega <reuel2000@gmail.com>
To: The White House <noreply@whitehouse.gov>
Cc:
Bcc:
Date: Wed, 14 Mar 2018 07:31:52 -0700
Subject: Re: Response to Your Message
Thank you, God bless you, God bless President Trump. I am honored.
Gratefully yours,
Reuel Jacques Gnalega

On Mar 14, 2018 9:57 AM, "The White House" <noreply@whitehouse.gov> wrote:


# THE WHITE HOUSE

### WASHINGTON


Dear Mr. Gnalega:

Thank you for taking the time to write and share your story with President Donald J.
Trump. He is honored by the opportunity to serve you and the American people.

White House staff reviewed your correspondence and forwarded it to the appropriate
Federal agency for further action. For additional information about the Federal
government in the meantime, please visit *www.USA.gov* or call 1-800-FED-INFO.

Respectfully,

*The Office of Presidential Correspondence*


WWW.WHITEHOUSE.GOV


--001a114 ----- Message truncated -----



Reuel Gnalega <reuel2000@gmail.com>

# Assistance to the Incarcerated Mentally Ill (AIMI) 12/11 by Justice For All2 | Politics Progressive Podcasts

2 messages

**Reuel Gnalega** <reuel2000@gmail.com>                     Sun, Jul 16, 2017 at 7:34 AM
To: reuel2000@gmail.com

*PRIMARY*
*EVIDENCE*

http://www.blogtalkradio.com/nnia1/2013/12/12/assistance-to-the-incarcerated-mentally-ill-aimi

**Reuel Gnalega** <reuel2000@gmail.com>                     Mon, Jul 17, 2017 at 5:16 PM
To: avisj12@yahoo.com

--------- Forwarded message ----------
From: **Reuel Gnalega** <reuel2000@gmail.com>
Date: Sun, Jul 16, 2017 at 4:34 AM

*RADIO BROADCAST*
*WITH Dr*
*KING, Michael*
*Pfeiffer's ex*
*WIFE*

*( PRIMARY*
*EVIDENCE )*

*LINK TO RADIO BROADCAST*
*PERTAINING TO michael*
*Pfeiffer*

*PRIMARY EVIDENCE*

 Google +  JOIN

 **MaryLovesJustice Neal** · Public                    Dec 11, 2013

**IMPERSONATING A DOCTOR AT THE V.A. HOSPITAL** - Michael Herbert Pfeiffer has been accused of practicing medicine on United States veterans without medical training or a medical license. The following information was provided to Mary Neal:

Pfeiffer has ONLY completed a research degree (PhD) in Neurophysiology with a concentration on Human Experimental Drug Researcher (6 years) in 1999. He is a Scientist and Researcher. He is not a physician. **Currently, he is working as a "physician" for the United States Department of Veterans Affairs, Washington, DC Veterans Affairs Hospital in the War and other Related Injuries - Neurology Department. He is a human experimental drug researcher passing as a "physician."**

Michael H. Pfeiffer's self reported Virginia Medical Board licensing profile, he states truthfully that his specialty is "Neurophysiology." The Washington DC Medical Board for medical licensing shows Mr. Pfeiffer was not awarded a license in Washington DC because he failed to provide acceptable medical school and medical experience documentation so he was not given a DC medical License. Yet, he worked illegally as a "physician" in Neurology at Georgetown University Medical Center.

The DC Board of Medicine documents that Michael H Pfeiffer practiced "medicine" without a medical License after he failed to provide medical school transcripts for his alleged German medical school training and subsequent licensing in Germany. This prevented him from obtaining a medical license in Washington DC after he applied in June 2007, and he then withdrew the application in 2008 when he became the subject of complaints before the DC Medical Board.

Before he withdrew his application from the DC Board of Medicine, Mr. Pfeiffer applied to the Virginia Medical Board.  A Virginia medical licensing board investigator said he was led to believe Mr. Pfeiffer had received a license to practice medicine in Washington, DC. The Virginia Medical Licensing Board granted a medical license believing that Mr. Pfeiffer had the first license from Washington, DC Medical Board, which would have done "due diligence" to confirm that he was registered and completed a medical education in Germany.

*TENDONS OFFER RESISTANCE TO ELECTRICITY THEREFORE MAKING THEM MORE VULNERABLE TO ELECTRICAL INJURY*

# Consult Requests

Printed On May 18, 201

Sinus tarsi is normal in signal.

The talar dome is normal in contour and signal intensity.

The anterior and posterior tendons are intact. Longitudinal split tear of the peroneus brevis tendon. The calcaneofibular ligament appears somewhat irregular likely the result of prior injury. Thinning and irregularity of the anterior posterior talofibular ligament compatible with partial thickness tear.

The deltoid ligament is intact. The spring ligament is intact.

Impression:
Longitudinal split tear of the peroneus brevis tendon. The calcaneofibular ligament appears somewhat irregular likely the result of prior injury. Thinning and irregularity of the anterior posterior talofibular ligament compatible with partial thickness tear.

SUBJECTIVE

*CRUCIAL*

Complaint: Pt presents to physical therapy complaining of left ankle pain of unknown cause. He was in a car accident in 2013 but reports injuring his back not his foot. He had LBP and pain radiating into his left leg coming from his back. He reports he has disc bulges in his back and then had 2 cortisone injections into his back.
     After the injections he noticed a "bump" on the outside of his ankle. He then had the MRI and found he had a torn tendon in his leg. He says they may do surgery but wanted to try strengthening first. Pt says he was given an ankle brace but it hurts too much to wear, he says it is too tight.

Previous treatment: PT for low back and radiculopathy.

Functional Mobility: Started using cane 5-6 months after the accident, he reports he started using it after the lumbar injections. He feels the injections made him worse, and is concerned they caused nerve damage. Pt reports his left leg will twitch at times.

Pain (1-10):
  Worst:     [9/10]
  Best:      [3/10]
  Avg:       [8/10]

*I BELIEVED PAIN MANAGEMENT TO BE RESPONSIBLE*

Location: Left side of low back, left leg, left ankle
Description: Stiffness, numbness, soreness, burning, tinging, aching, intermittent, weakness, sudden, stabbing
Agg: Walking, putting pressure
Ease: Elevated, medication helps some,

Occupation: Unemployed, says he hasn't been able to work since the accident

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GNALEGA, REUEL J<br>11406 VEGA COURT<br>UPPER MARLBORO, MARYLAND  20774 | Printed at WASHINGTON |



DEPARTMENT OF VETERANS AFFAIRS
MEDICAL CENTER
Green Clinic
50 Irving Street NW
Washington DC 20422

June 4, 2014

REUEL J GNALEGA
3201 HEWITT AVE APT 303
SILVER SPRING, MARYLAND, 20906

Dear REUEL J GNALEGA,
I have reviewed the results of the testing you recently had done here at
the Veterans Affairs Medical Center.

Your ultrasound showed swelling in a muscle in your foot. No mass or fluid collection was seen. This
likely represents an injury to that muscle. It should heal with decreased activity, ice and ibuprofen. If it is
not resolved in the 2-3 weeks, please let me know and I will refer you to podiatry for further evaluation.

Your upcoming appointments:
Dc/Rehab Med Pt Eval Racho - Jun 23, 2014 at 11:20 ()
Dc/Green Luse - Jul 01, 2014 at 15:00 ()

If there are no other new issues, please reschedule your appointment with me for August as that is when I
am due to see you for routine follow up.

I look forward to seeing you at your next appointment. As always, please call the advice line with any
questions- 202-745-8247.

Sincerely,

David M. Luse, MD

I BEGGED TO HAVE AN ULTRASOUND
DONE, Dr LUSE HERE DOWNPLAYS MY
INJURY.

*[Handwritten:] I HAVE A [crossed out] IS NOTED IN MY MEDICAL RECORD. IT IS A THERMAL INJURY CAUSED BY AN ELECTRIC SHOCK*

## PHYSICS OF INJURY

For a variety of factors that can affect the severity of the injury. With high-voltage injuries, most of the injury appears to be thermal and most histologic studies reveal coagulation necrosis consistent with thermal injury. (9,10) Lee and others have proposed the theory of electroporation in which electrical charges too small to produce thermal damage cause protein configuration changes threatening cell wall integrity and cellular function." Some believe that there may also be magnetic effects on the tissue The factors that determine the nature and severity of what is primarily burn injury when high-voltage current flows through the human body are listed in Table 1. (4)

### RESISTANCE

Resistance is the tendency of a material to resist the flow of current. Although the exact pathophysiology of electrical in- flow of current and is specific for a given tissue, depending on the injury is not well understood, there is at least an appreciation on its moisture content, temperature, and other physical

Table 1. Factors Determining Electrical Injury
Type of circuit
Resistance of tissues
Amperage
Voltage
Current pathway
Duration
Environmental factors

properties The higher the resistance (R) of a tissue to the flow of current, the greater its potential to transform electrical energy (1) to thermal energy (P) at any given current, as described by Joule's law:

$$P = I^2 \times R$$

*[Handwritten:] VERY VERY IMPORTANT*

Nerves, designed to carry electrical signals, and muscle and blood vessels, because of their high electrolyte and water content, are good conductors. Bone, tendon, and fat have a very high resistance and tend to heat up and coagulate rather than transmit current. The other tissues of the body are intermediate in resistance (Table 2). (14,15) Skin is the primary resistor to the flow of current into the body (Table 3) (10) Much of the energy may be dissipated at the skin surface, causing significant surface burns in a heavily calloused area, sometimes resulting in less deep internal damage than would be expected if the current were delivered undiminished to the deep tissues. Sweating can decrease the skin's resistance to 2500 to 3000 Q. Immersion in water can reduce this further to 1200 to 1500 Ohms and thus allow more energy to flow through the body, resulting in electrocution with cardiac arrest but no surface burns, such as in a bathtub injury

As current density increases, its tendency to flow through the less-resistant tissues is overcome, so that it eventually flows through the tissues indiscriminately, treating the body as a volume conductor, with potential destruction of all tissues in the current's path. Damage to the internal structures of the body may be irregular, with areas of normal-appearing tissue next to burned tissue and with damage to structures at sites distant from the apparent contact and ground points.

Probably the most important difference between light- and high-voltage electrical injuries is the duration of exposure to the current. The mathematics of the rapid rise and decay of lightning energy makes predicting lightning injury even more complicated than predicting man-made electrical injury. The study of such massive discharges of such short duration is not well advanced, particularly with regard to effects on the human body.

Lightning current may flow internally for an incredibly short time and cause short-circuiting of the body's electrical systems, but it seldom causes any significant burns or tissue destruction (3,15,18)  Thus burns and myoglobinuric renal failure play a small part in the injury pattern from lightning, whereas cardiac and respiratory arrest, vascular spasm, neurologic damage and autonomic instability play a much greater role. (3,15 Lightning will tend to cause ventricular asystole rather than fibrillation. Although automaticity causes the heart to begin beating again, the respiratory arrest that often accompanies cardiac arrest may last long enough to cause secondary deterioration of the rhythm to ventricular fibrillation and asystole, which is more resistant to therapy than was the first arrest. (15,18) '9 The secondary arrest, just a theory in the past, has recently been elegantly shown to occur experimentally in sheep. (16,18) Other injuries caused by blunt trauma or ischemia from vascular spasm, such as myocardial infarction (20-27) spinal artery syndromes, may occasionally occur. (28-30)

*I SAID THIS EXACT WORD AFTER LOOKING AT THE SOUNDSCAN. THE CIRCULATION LOOKED SPOTTY.*

Muscle damage may be spotty, with areas of viable and nonviable muscle found in the same muscle group. Periosteal muscle damage may occur even though overlying muscle appears to be normal

Vascular damage is greatest in the media, possibly because of the diffusion of heat away from the intima by the How of blood, but can lead to delayed hemorrhage when the vessel eventually breaks down. (14,33,34) Intimal damage may result in either immediate or delayed thrombosis and vascular occlusion as edema and clots form on the damaged internal surface of the vessel over a period of days. (34) This injury is usually most severe in the small muscle branches, where blood flow is slower. (35) This damage to small arteries in muscle, combined with mixed muscle viability that is not visible to gross inspection, creates the illusion of "progressive" tissue necrosis. Damage to neural tissue may occur from many mechanisms. Nerve tissue may show an immediate drop in conductivity as it undergoes coagulation necrosis similar to that observed in muscle tissue. In addition, it may suffer indirect damage as its vascular supply or myelin sheaths are injured. As with other vascular damage and edema formation, signs of neural damage may develop immediately or be delayed by hours to days.

*THE EVIDENCE IS OVERWHELMING, THE VA IS RISKING MY LIFE*

Electrothermal tissue injury results in tissue edema; therefore, the development of a compartment syndrome can occur in any body compartment. The leg is the site most commonly involved for the development of compartment syndrome.

# Electric Injury

*Basil A. Pruitt Jr., in Goldman's Cecil Medicine (Twenty Fourth Edition), 2012*

## Muscle Damage

High-voltage electric injury commonly causes edema beneath the investing fascia of the involved muscle compartments, thereby compromising nutrient blood flow to muscles within the compartments and to distal unburned tissue. Clinical indications for the surgical release of intracompartmental pressure by fasciotomy and surgical exploration of a limb include impaired capillary refilling of distal unburned skin or nails, cyanosis of distal unburned skin, stony hardness of a muscle compartment on palpation, and diminished or absent pulsatile flow in the distal arteries as assessed by Doppler ultrasound. Tissue pressures 30 mm Hg or higher above atmospheric pressure, as measured by a catheter placed in the compartment, indicate the need for immediate decompression. If clinical signs are consistent with deep tissue injury but large-vessel pulses are intact, arteriography can determine the need for operative intervention, including amputation of the affected limb

# Electrical injuries

*Gary F. Purdue, ... John L. Hunt, in Total Burn Care (Third Edition), 2007*

## Compartment syndrome

Patients with high-voltage electrical injuries of the extremities are at risk for development of compartment syndromes during the first 48 hours post injury. Damaged muscle, swelling within the investing fascia of the extremity, may increase pressures to the point where muscle blood flow is compromised. Loss of pulses is one of the last signs of a compartment syndrome, unlike the early loss of pulses occurring in a circumferentially burned extremity requiring an escharotomy. A high index of suspicion is paramount for the early diagnosis (either by serial examinations of the affected extremities or repeated measurements of compartment pressures) and prompt treatment of these increased compartment pressures

# Presentation

Clinical presentations range from a tingling sensation to a widespread tissue damage and even to instantaneous death. The external resistance to electric flow is offered primarily by the skin and appendages and by the internal resistance of all other tissues, including nerves, blood, muscles, tendons, bone, and fat. Since the skin resistance can be affected by moisture, electric current can be transmitted to deeper structures before it causes significant skin damage. Electric current may be retained in the bones, causing heat and leading to necrosis and coagulation of small- to medium-sized vessels within the muscles and other tissues, almost completely sparing the skin.

Often, the main symptom of an electrical injury is a skin burn. A specific type of burn, called the "kissing burn," occurs at the flexor creases and is related to the current flowing through the opposing skin at the joint when the flexor muscles contract due to tetany. Not all electrical injuries cause external damage; high-voltage injuries may cause massive internal burns and coagulation necrosis along with edema and compartment syndrome. [14] Lightning injury usually causes superficial surface burns. [2, 3]

# Electrical injury: reconstructive problems

*Peter M. Vogt, ... Thomas Muehlberger, in Total Burn Care (Third Edition), 2007*

## Summary

Electrical injuries result in deceptively large tissue loss, often leading to amputation of involved extremities. After initial resuscitation, early debridement, necessary decompression of neurovascular structures, and early wound closure are essential to successful restoration of function. Extensive surgical

I AM RISKING AMPUTATION WHILE THE VA IS PROCRASTINATING

procedures including free soft-tissue transfer may be necessary to achieve wound closure, and to save and restore limb function. Sometimes, however, early amputation may provide easier and earlier recovery and reintegration into daily life. Long-term complications such as central nervous sequelae, cataracts, and heterotopic ossification must be considered and addressed early in the rehabilitation process.

# Introduction

Electrical injuries, a relatively common form of mechanical trauma, can occur as a result of lightning, low-voltage or high-voltage injury, and are often associated with a high morbidity and mortality. Almost all electrical injuries are accidental and often, preventable. If not instantly fatal, the damage associated with electrical injuries can result in dysfunction of multiple tissues or organs.

**IMPORTANT**

  Low-voltage electrical current can result in severe injury, much like high-voltage current, depending on the length of exposure (e.g., if there is prolonged muscle tetany), the size of the individual, and cross-sectional area in contact with the electrical source.

  Tissues with the highest resistance tend to suffer the greatest level of damage as a result of an electrical injury. High skin resistance will cause a larger amount of energy dissipation at the level of the skin resulting in skin burns, thereby reducing the level of resultant internal damage. On the other hand, low skin resistance may result in less obvious skin injury or no skin injury at all, while a larger amount of electrical energy is transferred to internal tissues. For this reason, the extent of external burns on the skin does not predict the level of damage that will be found internally, nor does total absence of external burns predict the total absence of internal electrical injury.

The resistance of internal tissues themselves further determines the level of damage that is encountered. An additional factor to consider is current density which is determined by the cross-sectional area of a particular tissue. For example, as electrical energy travels down an arm which is mainly composed of low-resistance tissues like muscle, nerve, blood vessels, the current density is relatively low and constant throughout. This is true until the electrical energy reaches the joints (e.g., elbow, wrist, fingers) where a larger proportion of the cross-sectional area is comprised of tissues with higher resistance (e.g., bones, tendons) and fewer low-resistance tissues. Therefore, at the joints, the electrical energy becomes more focused on fewer low-resistance tissues, and for this reason, these types of tissues tend to suffer the most injury at the joints throughout the body.

# Progress Notes

CC: Pain entire Left LE with radicular pains from low back
    Very tender left ankle and foot

HPI: Patient seen by me 11/4/2014---see note. Patient returns for W/U for generalized inflammatory problem, Left ankle MRI results and assessment status knees. When last seen in Ortho IMPRESSION was:
1) Lumbar radiculopathy s/p MVAs in past with history pains got worse after 2 injections epidural steroids. ? reaction to ingrediant in Steroid soln or analgesic.
2) Left Ankle/Foot: Muscle thickening in the area of tenderness suggesting edema and possibly inflammation---overlies sinus tarsi entrance---R/O arthropathy as underlying cause.
3) Bilateral Knees: Mild osteoarthritic changes are present
  . a) Left Knee: Quadracep tendonitis
    b) Right Knee: Asymptomatic ganglion cyst lateral jnt line.
4) R/O Rheumatologic or low grade infectious cause to symptoms LBP, radiculopathy, knee pains, left foot pain and swelling and puritic rash that recurs

PLAN was:
1) XRays: Bilat knees: Standing Ap and lat and sunrise views
2) MRI Left Foot
3) CBC, Diff, Chem 7, ESR, CRP
4) F/U Ortho after above W/U
5) May need Rheumatology consult with rash and quad tendon inflammation and multi joint pain/swelling.

PE:
General: Ambulating with pain Left entire LE. Walks/hobbles with cane.
Left Leg: Tender quads and calf and extensor digitorum Brevis muscle over sinus tarsi and very tender post to lat malleolus.

Left Knee: No effusion. Globally nontender subpatellar and jnt lines. Mildly tender quadracep tendon area and attachment to prox pole patella. No crepitus with ROM 0-120 and painless. Stable ACL, PCL, MCL and LCL.

Left Foot: Exquisitely tender over dorsolateral foot with area of swelling at exit entrance to sinus tarsi area--Extensor Digitorum Brevis muscle. Dorsum of foot in general is exquisitely tender to palpation. Very tender course of peroneal tendons posterior to lateral malleolus. Pain in ankle and foot with inversion/eversion motions across foot/ankle.

Labs: 11/4/2014:
ESR 12 (1-13),
CRP-could not be done due to lipidemia,
Chem 7 and CBC essentially WNL.

XRays: Bilateral Knees: 11/4/2014:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GNALEGA, REUEL J
11406 VEGA COURT
UPPER MARLBORO, MARYLAND  20774

VISTA Electronic Medical Documentation

Printed at WASHINGTON

# Progress Notes

Report:
  Bilateral knees AP, lateral and patellar sunrise views
   Both knees with medial and lateral joint space narrowing.
   Patellofemoral views with normally located patella, no tilt or
   arthropathy. No joint effusion or fracture.
  Impression:
   Degenerative changes with joint space narrowing of both knees.

MRI: Left Foot: 11/21/2014:
  Report:
   MRI of the left ankle dated 11/21/2014
   Clinical indication: Edema laterally and very tender foot and
    sinus Tarsi area.
   Technique: Sagittal, axial, and coronal T1 weighted sequences;
    sagittal, axial, and coronal fluid sensitive sequences with fat
    suppression.
   Comparison study: Left ankle x-ray 3/21/2014
   Findings:
    The Achilles tendon is intact. The plantar fascia is intact.

    Sinus tarsi is normal in signal.

    The talar dome is normal in contour and signal intensity.

    The anterior and posterior tendons are intact. Longitudinal split
    tear of the peroneus brevis tendon. The calcaneofibular ligament
    appears somewhat irregular likely the result of prior injury.
    Thinning and irregularity of the anterior posterior talofibular
    ligament compatible with partial thickness tear.

    The deltoid ligament is intact. The spring ligament is intact.
   Impression:
    Longitudinal split tear of the peroneus brevis tendon. The
    calcaneofibular ligament appears somewhat irregular likely the
    result of prior injury. Thinning and irregularity of the anterior
    posterior talofibular ligament compatible with partial thickness
    tear.

IMPRESSION:
1) Most of Lower Extremity pain due to LS Spine Neurogenic, neuropathic in
origin
2) Left Ankle/foot:
  a) Longitudinal split tear of the peroneus brevis tendon.
  b) Calcaneofibular ligament appears somewhat irregular likely the
     result of prior injury.
  c) Anterior Posterior talofibular ligament compatible with partial thickness
     tear.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| GNALEGA, REUEL J<br>11406 VEGA COURT<br>UPPER MARLBORO, MARYLAND   20774 | Printed at WASHINGTON |

# Progress Notes

   d) Synovitis subtalar joint with resultant exquisite tenderness, swelling and
      thickening Ext Dig Brevis muscle at sinus tarsi R/O arthropathy as
      underlying cause.
   e) ? if some of exquisite tenderness neuropathic from LS Spine pathology
3) Bilateral Knees: Mild medial jnt line narrowing:
   a) ? inflammatory versus degenerative, osteoarthritis
   b) Right Knee: Asymptomatic ganglic cyst lateral jnt line.
4) Lumbar radiculopathy s/p MVAs in past with history pains got worse after 2
   injections epidural steroids. ? reaction to ingrediant in Steroid soln or
   analgesic.
5) R/O Rheumatologic or low grade infectious cause to symptoms LBP,
radiculopathy, knee pains, left foot pain and swelling and puritic rash that
recurs

PLAN:
1) Left foot/ankle Walking Boot
2) Consult Dr. McKenzie, Foot and Ankle specialist to Rx Left ankle/foot
   pathology
3) Patient to see Primary care MD about extensive pruritis of skin all over body
   and recurrent rashes
4) Neurology to follow for LS Spine problems
5) May need referral for Rheumatology when see again in Ortho---R/O Lyme disease
   possibly or other causes above symptoms

/es/ YOLANDA F. ROTH
ATTENDING PHYSICIAN
Signed: 12/23/2014 17:18


   LOCAL TITLE: CONSENT: I.V. CONTRAST ADMINISTRATION
   STANDARD TITLE: CONSENT
   DATE OF NOTE: NOV 21, 2014@15:59     ENTRY DATE: NOV 21, 2014@15:59:46
      AUTHOR: RABICKOW,NICKI L     EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

      VistA Imaging - Scanned Document

/es/ Nicki L Rabickow
Technologist
Signed: 11/21/2014 15:59


   LOCAL TITLE: CONSULT ORTHOPEDICS OUTPT
   STANDARD TITLE: ORTHOPEDIC SURGERY OUTPATIENT CONSULT
   DATE OF NOTE: NOV 04, 2014@11:10     ENTRY DATE: NOV 04, 2014@11:10:43
      AUTHOR: ROTH,YOLANDA F     EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

# Consult Requests

and coronal and sagittal reconstructed views were submitted.
FINDINGS:
   Mild joint space narrowing is noted lateral compartments of both
   knees which could be from early osteoarthritic change. No
   evidence of a fracture or dislocation.

   A small cortical sclerotic lesion is noted in the proximal right
   femur posteriorly and medially, likely the beginnings of an
   osteochondroma. It is seen best on axial image 20 series 6
Impression:
   1. The linear lucency projected over the proximal left tibial
   metadiaphysis on 3/21/2014 was radiographic artifact.
   2. Mild osteoarthritic changes are present in both knee joints,
manifested by joint space narrowing at the tibial femoral
articulation.

Ultrasound Left LE/Left Foot: 5/28/2014:
 Report:
    History: Swelling over the lateral aspect of the left foot pain
    since previous injury and resultant neuropathy.
    Findings: Scans of the feet with attention to the left foot an
    area of swelling and pain with comparison views of the
    corresponding area of the right foot demonstrates thickening of
    the belly of the extensor digitorum brevis muscle laterally
    compared to the right side with lucencies within the muscle
    suggesting the presence of edema. No solid masses identified. No
    loculated fluid collection identified. No definite fracture of
    the underlying bone.
    Impression:
    Muscle thickening in the area of tenderness suggesting edema and
    possibly inflammation. No mass or loculated fluid collection
    identified.

IMPRESSION:
1) Lumbar radiculopathy s/p MVAs in past with history pains got worse after 2
injections epidural steroids. ? reaction to ingredient in Steroid soln or
analgesic.
2) Left Ankle/Foot:  Muscle thickening in the area of tenderness suggesting
edema and possibly inflammation---overlies sinus tarsi entrance---R/O
arthropathy as underlying cause.
3) Bilateral Knees:  Mild osteoarthritic changes are present
   a) Left Knee: Quadracep tendonitis
   b) Right Knee: Asymptomatic ganglion cyst lateral jnt line.
4) R/O Rheumatologic or low grade infectious cause to symptoms LBP,
radiculopathy, knee pains, left foot pain and swelling and puritic rash that
recurs

PLAN:

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GNALEGA, REUEL J
11406 VEGA COURT
UPPER MARLBORO, MARYLAND   20774

VISTA Electronic Medical Documentation

Printed at WASHINGTON

Page 29

EDEMA YET AGAIN

# Progress Notes

CC: Pain entire Left LE with radicular pains from low back
    Very tender left ankle and foot

HPI: Patient seen by me 11/4/2014----see note. Patient returns for W/U for generalized inflammatory problem, Left ankle MRI results and assessment status knees. When last seen in Ortho IMPRESSION was:
1) Lumbar radiculopathy s/p MVAs in past with history pains got worse after 2 injections epidural steroids. ? reaction to ingredient in Steroid soln or analgesic.
2) Left Ankle/Foot:  Muscle thickening in the area of tenderness suggesting edema and possibly inflammation---overlies sinus tarsi entrance---R/O arthropathy as underlying cause.
3) Bilateral Knees:  Mild osteoarthritic changes are present
   . a) Left Knee: Quadracep tendonitis
      b) Right Knee: Asymptomatic ganglion cyst lateral jnt line.
4) R/O Rheumatologic or low grade infectious cause to symptoms LBP, radiculopathy, knee pains, left foot pain and swelling and puritic rash that recurs

PLAN was:
1) XRays: Bilat knees: Standing Ap and lat and sunrise views
2) MRI Left Foot
3) CBC, Diff, Chem 7, ESR, CRP
4) F/U Ortho after above W/U
5) May need Rheumatology consult with rash and quad tendon inflammation and multi joint pain/swelling.

PE:
General: Ambulating with pain Left entire LE. Walks/hobbles with cane.
Left Leg: Tender quads and calf and extensor digitorum Brevis muscle over sinus tarsi and very tender post to lat malleolus.

Left Knee: No effusion. Globally nontender subpatellar and jnt lines. Mildly tender quadracep tendon area and attachment to prox pole patella. No crepitus with ROM 0-120 and painless. Stable ACL, PCL, MCL and LCL.

Left Foot: Exquisitely tender over dorsolateral foot with area of swelling at exit entrance to sinus tarsi area--Extensor Digitorum Brevis muscle. Dorsum of foot in general is exquisitely tender to palpation. Very tender course of peroneal tendons posterior to lateral malleolus. Pain in ankle and foot with inversion/eversion motions across foot/ankle.

Labs: 11/4/2014:
ESR 12 (1-13),
CRP-could not be done due to lipidemia,
Chem 7 and CBC essentially WNL.

XRays: Bilateral Knees: 11/4/2014:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GNALEGA, REUEL J
11406 VEGA COURT
UPPER MARLBORO, MARYLAND  20774

VISTA Electronic Medical Documentation

Printed at WASHINGTON

# Radiology Reports

Impression:

1. Mild degenerative changes at L4-L5 with mild bilateral neural
   foraminal narrowing and central canal compromise.

Primary Diagnostic Code: NO ALERT REQUIRED

Primary Interpreting Staff:
  MELISSA D KANG MD, RADIOLOGIST (Verifier)
/MDK

---

ECHOGRAM EXTREMITY NON DOPPLER

Exm Date: MAY 28, 2014@12:16
Req Phys: LUSE,DAVID M                    Pat Loc: DC/GREEN WALK-IN (Req'g Loc)
                                          Img Loc: ULTRASOUND
                                          Service: Unknown


(Case 7085 COMPLETE) ECHOGRAM EXTREMITY NON DOPPLER   (US   Detailed) CPT:93971
    Proc Modifiers : LEFT
    Reason for Study: left lateral foot swelling

Clinical History:

Report Status: Verified                   Date Reported: MAY 28, 2014
                                          Date Verified: MAY 28, 2014
      Verifier E-Sig:/ES/BRIAN S GARRA

Report:
    History: Swelling over the lateral aspect of the left foot pain
    since previous injury and resultant neuropathy.

    Findings: Scans of the feet with attention to the left foot an
    area of swelling and pain with comparison views of the
    corresponding area of the right foot demonstrates thickening of
    the belly of the extensor digitorum brevis muscle laterally
    compared to the right side with lucencies within the muscle
    suggesting the presence of edema. No solid masses identified. No
    loculated fluid collection identified. No definite fracture of
    the underlying bone.

HOW DOES ONE GET EDEMA?   SPECIFIC, NOT RANDOM

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GNALEGA,REUEL J
11406 Vega Court
UPPER MARLBORO, MARYLAND  20774

**VISTA Electronic Medical Documentation**

Printed at WASHINGTON

**Reuel Gnalega** <reuel2000@gmail.com>

4:20 PM (9 minutes ago)



to

me

From: Privia Health [reuel2000@gmail.com]
Sent: 9/3/2016 10:20 PM
To: support@priviahealth.com
Subject: Contact Us [#1340]

*IN SEPTEMBER 2016 I STILL BELIEVED PAIN MANAGEMENT WAS RESPONSIBLE FOR MY INJURIES. I HAD NOT YET MADE THE*

Name: Reuel Gnalega
Email: reuel2000@gmail.com
Phone Number: (301) 437-5272
Select a Choice: Group Physician Practice
Select a Choice: Partnering with Privia

Please provide more detail about your query or let us know what's on your mind. : I was treated at Pain Management specialists in Rockville Maryland for the first time in September 2013. I was sent there after a car accident on July 22nd, 2013. I was sent there after initial physical therapy proved unsuccessful. I was sent there with a MRI reading of 3 mild bulging discs in my lower back. Pain management at Rockville, MD recommended that I should get a series of 2 lumbar cortisone injections. They justified that treatment by noting in my medical records that I had substantial discs bulging which was not substanciated by the findings of the MRI. Dr Perumva administered the first injection, within hours I was in worst pain that I had gone in with. My spine felt like there was fluid build up in it and it felt like my spine was going to explode, the next few days, my symptoms went from bad to worst. I lost complete feeling in my left leg which prompted me to call Pain Management speci alists in Rockville to tell them about this new scary side effects. I wanted to cancel the next injection which was scheduled about 2 weeks apart from the first one. I was advised to maintain the appointment and to explain my symptoms to the doctor. I went in as recommended on the day of the appointment, this time it was Dr Hough Stuart who was my physician. I explained to him my new symptoms including numbness since my first visit. Dr Hough Stuart told me that the first injection had most likely hit a nerve and he suggested following up with a second injection, this time from a different angle. I disagreed because the side effects of the first injection were tremendous and I wondered about doing a pain killing procedure. Dr Hough said that the procedure that I was suggesting was not yet warranted, he wanted to go ahead with basically the same procedure that was wrecking havoc in my life only he said "from a different angle " I was reluctant and out of frustration Dr Hough walked out of the office, I believe out of frustration. A nurse came in with some paperwork to sign and again I told her that I was there because I was having serious side effects from the first injection and that I didn't want another another one. The nurse explained to me how she had gone through back surgery and how she was back to almost normal, she advised again that I follow up with the second injection and if that didn't work I go to her own surgeon, she wrote his name on a piece of paper that I still have to this day. I reluctantly agreed because I felt helpless. Dr Hough and pain management specialists in Rockville did not act properly, in fact they were pretty reckless, irresponsible, careless, negligent in the treatment of my symptoms. Pain treatment should have further investigated my side effects. I ended up at ER at the Washington VA hospital because being a veteran I believed going to VA, I would not subject to any unnecessary treatment for financial gain. Pain tr
eatment forced the second injection on me for financial gain. The first injection had set off some new symptoms that should have been more thoroughly examined. I ended up at the ER at the VA hospital after a week or so with excruciating pain and unbelievable tightness in my back. I could not turn. I was administered a muscle relaxer, thus beginning officially an ordeal that left me permanently handicapped, with a diagnosis of CRPS from the same people ( Dr Hough Stuart ) and pain management that are responsible for my current condition. I walked away from my accident with

*DISCOVERY. HERE IS THE PROOF*

discomfort at best to now facing a lifetime ordeal, I have symptoms now that are totally unrelated to my car accident thanks to the actions of pain management in Rockville. Dr Hough suggested that I get an implant in my back the same day he gave me the diagnosis of CRPS after years of treatment at the VA proved also unsuccessful. I went back to Pain management specialists so they would have my evolution in thei

r books. Theses fateful injections set off a chain reaction that left me unable to put pressure on my left leg, with torn ligaments and edema in my left ankle. Pain management has ruined my life. This is my story, I just thought I'd let you know. I would very much like to know what you think about it, my medical records are available at your request. I thank you for reading me and I am grateful for it.

Gratefully yours,

Reuel Jacques Gnalega

ref:_00D70MzkV._500391g38jT:ref

Friday, aug 11th 2017

Please Help, I live in terror.

Good morning, my name is Reuel Jacques Gnalega. I am a veteran of the US Army. I was injured by Michael h Pfeiffer at the DC veterans hospital. I have filed a claim for my injuries at the hand of Michael h Pfeiffer. Michael h Pfeiffer is not qualified to serve in the position that he is working in. The VA knows it and has known it for a few years now. Michael h Pfeiffer along with help from some officials inside the VA has committed child prostitution and sex crimes against minors. The allegations are a matter of public knowledge. Just type in Michael h Pfeiffer at DC medical center on Google. The old administration was petitioned to no avail. I feel afraid for myself and my family' security. The alleged crimes against Michael h Pfeiffer are of the most despicable nature. I am afraid that filing the claim against injuries received at the hand of Michael Pfeiffer might have made me vulnerable to members of society with no scruples. If Michael h Pfeiffer and officials in the VA can commit such perfidy in that brazen of a manner, there is no telling what they would do to people that come across their operation. Can you please look into Michael h Pfeiffer at the DC VA medical center? Please! Can you please do it if not for myself ( I am already a casualty of Michael h Pfeiffer as I have been made handicapped at his hands ) but for other veterans. Please, Please, this has to stop, it has been years. The allegations against Michael h Pfeiffer should have been addressed years ago but as of yesterday, Michael h Pfeiffer was still employed at the DC VA medical center. The inertia around Michael h Pfeiffer for years in light of such serious allegations lead me to fear for my own and my family' safety and it tends to validate the fact that Michael h Pfeiffer believes that he can act in total impunity. Michael h Pfeiffer considers himself above the law. This is unacceptable. I have talked to a few members of the VA and they have assured me that there will an investigation. More than 4 years later, Michael h Pfeiffer is still being investigated? How long does it take to verify a Dr's credential? How long will Michael h Pfeiffer be allowed to assault veterans with total impunity and use our government as a backdrop for his sexual debauchery? How long? Why? Why? Is this even real? I can't grasp the enormity and the sheer absurdity of this situation. Just by filing a legitimate

complaint I find myself in the middle of a crime ring orchestrated inside the VA and seemingly allowed to prosper by the VA. I would have never believed this had anyone told me this story, I can't even believe that I am involved in any capacity in such monstrosity even as I write these words. I can't process it. How long will it take to bring Michael h Pfeiffer to justice? Does anyone really care? This baffles my mind. I have filed 2 tort claims in the matter and couple months later, Michael h Pfeiffer has not been investigated. I live in perpetual terror that I inadvertently walked into a criminal enterprise that would not hesitate to do me harm to perpetuate the status quo. The old administration was petitioned and still Michael h Pfeiffer remains. What will it take to protect our veterans from a dangerous, criminal aggressor? What will it take?

Can you please Help, not just me but those that at one point chose to give their lives for their countrymen. Bring Michael h Pfeiffer to justice.

Please help. This mental anguish is hard to bear! How far does it really go?

Please help. Thank you.


Gratefully yours,

Reuel Jacques Gnalega

Reuel2000@gmail.com

(301) 437 5272

Dawson Ave, Silver Spring MD, 20902